IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ROBERT JOE STRANGE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-17-478-D |
| GOVERNOR MARY FALLIN, *et al.*, | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Purcell recommends a dismissal without prejudice of this action due to Plaintiff's failure to comply with prior orders to pay the filing fee or submit a proper application for leave to proceed *in forma pauperis*, and has failed to comply with the applicable procedural rules.

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object. Upon consideration, the Court finds Plaintiff has waived further review of the issues in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 9] is ADOPTED in its entirety. This action is DISMISSED without prejudice to the filing of a new action. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 30th day of June, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE